IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEPHEN LAMM )
3200 SE Boulevard, Lot #36 )
Wichita, Kansas 67216 )
 )
      Plaintiff )
 )
vs. ) Case No. 07-1126-MLB
 )
CESSNA AIRCRAFT COMPANY )
Resident Agent: T.W. Wakefield )
5800 East Pawnee Road )
Wichita, Kansas 67218 )
 )
      Defendant )
 )

### COMPLAINT PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AND THE AMERICANS WITH DISABILITIES ACT

1. Plaintiff is a resident of the State of Kansas and resides at 3200 SW Boulevard, Lot #36, Wichita, Kansas 67216.

2. Defendant employer can be served with process by serving its Resident Agent, T.W. Wakefield at 5800 East Pawnee Road, Wichita, Kansas 67218.

3. This Action is brought for employment discrimination, pursuant to the following laws: Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination; and the Americans With Disabilities Act, 42 U.S.C. §12111 et seq. for employment discrimination based on disability.

4. Jurisdiction is conferred on the Court pursuant to 29 U.S.C. §2000e-5 and 42 U.S.C. §12117.

5. Venue is invoked pursuant to 28 U.S.C. §1391.

6. Defendant's conduct was discriminatory with respect to Plaintiff's disability or perceived disability, which is both physical and mental in nature.

7. Plaintiff was an employee within the meaning of the above cited statutes.

8. Defendant is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended and within the meaning of the Americans with Disabilities Act.

9. Defendant is engaged in commerce within the meaning of the above cited statutes.

10. The conduct complained of in this action concerns failure to accommodate Plaintiff's disability and termination of employment and failure to pay disability according to the terms of Plaintiff's employment.

11. Plaintiff was employed by Defendant from June 11, 1990 to March 12, 2005.

12. The last position Plaintiff held was that of Group Leader/Experimental Mechanic.

13. Plaintiff tested positive for Retro Viral Antibodies (HIV) and Defendant revealed this information to others.

14. Plaintiff was able to perform the essential functions of the job, but was terminated on March 12, 2005.

15. In accordance with 42 U.S.C. §2000e-5, and 42 U.S.C. §12117, more than sixty (60) days have elapsed since Plaintiff filed a complaint with the Kansas Human Rights Commission and the

Equal Employment Opportunity Commission.

16. Plaintiff filed charges with the Kansas Human Rights Commission on October 12, 2006 under Docket Number 30508-07W and with the Equal Employment Opportunity Commission under Charge No. 28D-2007-00029.

17. The Equal Employment Opportunity Commission issued a Notice of Right to Sue Letter (copy attached) which was received by me on or about February 9, 2007.

18. If relief is not granted Plaintiff will be irreparably denied the rights secured by Title VII of the 1964 Civil Rights Act, as amended and by the Americans With Disability Act.

WHEREFORE, Plaintiff prays that:

    a. The Court grant the relief stated in 42 U.S.C. §2000e-5 and 42 U.S.C. §12117, including damages in an amount in excess of $75,000.

    b. That Plaintiff be compensated for the disability payments he should have received.

    c. The Court grant such other legal or equitable relief as the Court deems just and equitable, including attorney's fees and costs.

STEPHEN LAMM, Plaintiff Pro Se
3200 SE Blvd., Lot #36
Wichita, Kansas 67216
Telephone: (316) 518-9151

**DEMAND FOR JURY TRIAL**

Plaintiff requests trial by jury.

*/s/ Stephen L. Lamm*
STEPHEN LAMM

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates Wichita, Kansas as the location for the trial in this matter.

*/s/ Stephen L. Lamm*
STEPHEN LAMM

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Stephen Lamm<br>C/O TNT Link Co. L T D<br>D Seetlusing Street<br>Port Louis, MH | From: St Louis District Office - 560<br>Robert A. Young Bldg<br>1222 Spruce Street<br>Saint Louis, MO 63103 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 28D-2007-00029 | Joseph J. Wilson,<br>Investigator | (314) 539-7816 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_James R. Neely, Jr.,_
Director

February 7, 2007
(Date Mailed)

Enclosures(s)

cc: Brenda Edwards
EEO Administrator
CESSNA AIRCRAFT
P.O. Box 7704
Wichita, KS 67277