IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

STEPHEN LAMM,                          )
                                       )
                    Plaintiff,         )      **CIVIL ACTION**
                                       )
v.                                     )      No.  07-1126-MLB
                                       )
CESSNA AIRCRAFT COMPANY,               )
                                       )
                    Defendant.         )
                                       )

**ORDER**

Before the court is the Report and Recommendation of Magistrate Judge Donald W. Bostwick (Doc. 3) recommending that plaintiff's application for leave to proceed *in forma pauperis* be denied and that plaintiff be required to file an amended complaint.  Judge Bostwick's order was filed on May 15, 2007 and received by plaintiff on May 17. The Report and Recommendation informed plaintiff of his right to serve objections.  He has not done so.

The court has reviewed the file and Judge Bostwick's recommendation and concurs.  Plaintiff is advised that he must pay the filing fee and file an amended complaint on or before June 25, 2007. If he does not do so, his case will be dismissed without further notice.  Plaintiff is further advised that if he does pay the filing fee, he will be required to follow all of the Federal Rules of Civil Procedure, the rules of this court (which may be accessed through www.ksd.uscourts.gov) and any orders of the undersigned judge. Failure to follow the rules will result in the imposition of

sanctions, up to and including dismissal.

      IT IS SO ORDERED.

      Dated this ___18th___ day of June 2007, at Wichita, Kansas.

                                            s/ Monti Belot
                                            Monti L. Belot
                                            UNITED STATES DISTRICT JUDGE