**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| STEPHEN LAMM, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION** |
| | ) | |
| v. | ) | No.  07-1126-MLB |
| | ) | |
| CESSNA AIRCRAFT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

By order of June 18, 2007 (Doc. 4), plaintiff was advised that he must pay the filing fee on or before June 25, 2007 and that if he did not do so, his case will be dismissed without further notice. Plaintiff has not done so and this case is dismissed.

IT IS SO ORDERED.

Dated this   29th   day of June 2007, at Wichita, Kansas.

s/ Monti Belot
Monti L. Belot
UNITED STATES DISTRICT JUDGE